UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-101-CBG |
| ) | |
| MICHAEL PAUL NORRIS, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 44), filed January 12, 2022. The Government believes the interests of justice weigh in favor of dismissal of this action. *Id.* at 1. The Government further recites that Defendant does not object to its request. *See id.*

Having considered the Motion, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 6) filed April 15, 2021, charging Defendant Michael Paul Norris with violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153, is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of January, 2022.

CHARLES B. GOODWIN
United States District Judge